## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Hill v. Major League Soccer, LLC, et al.  Docket No.: 24-2141

Lead Counsel of Record (name/firm) or Pro se Party (name): Steven M. Shebar, SHEBAR LAW FIRM

Appearance for (party/designation): Ricky Hill, appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect.   Please change the following parties' designations:
    Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Steven M. Shebar
Firm: SHEBAR LAW FIRM
Address: 0N370 Fanchon St., Wheaton, IL 60187
Telephone: (630) 877-6833     Fax:
Email: steveshebar@shebarlaw.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/Steven M. Shebar
Type or Print Name: Steven M. Shebar
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.