UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand twenty-five.

Before:      José A. Cabranes,
                 William J. Nardini,
                 Alison J. Nathan,
                       *Circuit Judges.*

---

Ricky Hill,

        Plaintiff - Appellant,

  v.

Major League Soccer, L.L.C.,

        Defendant – Appellee.

---

**ORDER**

Docket No. 24-2141

      Appellant moves for reconsideration of the Court's order dated January 2, 2025, which denied Appellant's motion for an extension of time to file the opening brief and granted Appellee's motion to dismiss the appeal for Appellant's failure to timely file the brief. Appellee opposes the motion for reconsideration.

      Upon due consideration, it is hereby ORDERED that the motion for reconsideration is DENIED.

                                                          For the Court:
                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court